Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of _____
                                  (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name** _____

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names
   _____

3. **Debtor's federal Employer Identification Number** (EIN)   9 4 – 3 0 1 2 3 1 3

4. **Debtor's address**

   **Principal place of business**

   2222 E Yeager Dr, Ste 100
   Number    Street

   _____

   Chandler         AZ     85286
   City             State  ZIP Code

   Maricopa
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City             State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City             State  ZIP Code

5. **Debtor's website** (URL) _____

Debtor   **PM & M Electric, Inc.**
_____
Name

Case number (*if known*)_____

| | | |
|---|---|---|
| 6. | **Type of debtor** | ❏ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ❏ Partnership (excluding LLP) |
| | | ❏ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ❏ Railroad (as defined in 11 U.S.C. § 101(44))
   ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ❏ None of the above

   B. *Check all that apply:*

   ❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ❏ Chapter 7
   ❏ Chapter 9
   ❏ Chapter 11. *Check **all** that apply*:

   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❏ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❏ A plan is being filed with this petition.

   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ❏ Chapter 12

Debtor  __PM & M Electric, Inc._____     Case number (*if known*)_____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   
   ☐ No
   ☐ Yes.  District _____ When _____ Case number _____
                                         MM / DD / YYYY
   
   If more than 2 cases, attach a separate list.
   
   District _____ When _____ Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    
    ☐ No
    ☐ Yes.  Debtor  __See attached._____  Relationship _____
            District _____  When _____
                                                            MM / DD / YYYY
            Case number, if known _____
    
    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**
    
    *Check all that apply:*
    
    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    
    ☐ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    **Why does the property need immediate attention?** (*Check all that apply.*)
    
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    
    ☐ It needs to be physically secured or protected from the weather.
    
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    
    ☐ Other _____
    
    **Where is the property?** _____
                                Number      Street
    _____
    _____  _____  _____
    City                                    State  ZIP Code
    
    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name    _____
           Phone           _____

---

| **Statistical and administrative information** |

Debtor  PM +M ELECTRIC INC.                    Case number (if known)_____

### 13. Debtor's estimation of available funds

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☒ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/18/2024
           MM / DD / YYYY

X _____          Kyle Beddome
Signature of authorized representative of debtor     Printed name

Title  Owner

| | | |
|---|---|---|
| Debtor | PM & M Electric, Inc. | Case number (if known) _____ |
| | Name | |

**18. Signature of attorney**    ✗ _[signature]_____    Date _____
                                   Signature of attorney for debtor                        MM  / DD  / YYYY

Christopher H. Bayley
Printed name

Snell & Wilmer L.L.P.
Firm name

1 E. Washington Street, Suite 2700
Number     Street

Phoenix                                              AZ              85004
City                                                 State           ZIP Code

(602) 382-6214                                       cbayley@swlaw.com
Contact phone                                        Email address

010764                                               AZ
Bar number                                           State

Question No. 10 Attachment

| Debtor | District | Case No. | Relationship | When |
|---|---|---|---|---|
| Titan Solar Power AZ, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power CA, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power CO, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power FL, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power GA, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power ID, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power IL, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power LA, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power MD, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power MO, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power MS, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power NC, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power NJ, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power NM, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power NV, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power OH, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power SC, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power TN, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power TX, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power UT, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar VA, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Solar Power WI, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan Electrical Services, Inc. | Arizona | To be filed | Affiliate | shortly |
| Titan SF, Inc. | Arizona | To be filed | Affiliate | shortly |
| NationalSRSales, LLC | Arizona | To be filed | Affiliate | shortly |

# United States Bankruptcy Court
# District of Arizona

## MAILING LIST DECLARATION

In re:  Case No.

PM & M Electric, Inc.

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

I, **KYLE BEDDOME**, the **OFFICER** of PM & M Electric, Inc. do hereby certify, under penalty of perjury, that the Mailing List, consisting of _7_ pages, is complete and correct to the best of my belief.

Date: June 18, 2024

/s/ 
[Name] Kyle Beddome

Date: June 20, 2024

*/s/ Christopher H. Bayley*
Snell & Wilmer L.L.P.
Christopher H. Bayley
Molly J. Kjartanson
1 East Washington Street, Suite 2700
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
cbayley@swlaw.com
mkjartanson@swlaw.com

PM & M ELECTRIC, INC.

ALLIANT INSURANCE SERVICES INC
PO BOX 8377
PASADENA CA91109-8377

ALONIU SOLAR
1017 S GILBERT RD UNIT 213
MESA AZ 85204

ALPHAGRAPHICS
535 W BASELINE RD STE 104
MESA AZ 85210

AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE WA 98124-5184

ARAMARK REFRESHMENT SERVICES LLC
PO BOX 734677
DALLAS TX 75373-4677

ASCENSUS
23693 NETWORK PLACE
CHICAGO IL 60673-1236

ASPEN DENTAL MANAGEMENT INC
281 SANDERS CREEK PKWY
EAST SYRACUSE NY 13057

AVAVA SOLAR
18521 E QUEEN CREEK RD SUITE 105-154
QUEEN CREEK AZ 85142

BAKER AND MCKENZIE LLP
PO BOX 23753
CHICAGO IL 60673-3753

BLU BANYAN INC
1569 SOLANO AVE STE 645
BERKLEY CA 94707

BRIQ, INC
511 OLIVE ST
SANTA BARBARA CA 93101

BUSINESS CONSUMER ALLIANCE
PO BOX 970

PM & M ELECTRIC, INC.

COLTON CA 92324

BUSINESSOLVER.COM INC
PO BOX 850512
MINNEAPOLIS MN 55485-0512

CINTAS CORP PAYER 21787312
PO BOX 29059
PHOENIX AZ 85038-9059

CINTAS PAYER 18345933
PO BOX 631025
CINCINNATI OH 45263-1025

CLEAN ENERGY ADVISORS DBA JUST SOLAR
20403 N LAKE PLEASANT RD STE 117-272
PEORIA AZ 85382

CONCUR TECHNOLOGIES INC
62157 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

COPRORATE INTERIOR SYSTEMS INC
3311 E BROADWAY RD
PHOENIX AZ 85040

DAIOHS USA INC DBA BLUE TIGER COFFEE
835 GREENS PKWY STE 160
HOUSTON TX 77067

DMITRIY KOSTROMIN KIRGIZSKAYA
38G ST APT 82 ROSTOV ON DON
ROSTOVSKAYA OBL
344056 RUSSIAN FEDERATION

EC POWER LLC
10522 E MERCER LN
SCOTTSDALE AZ 85259

ENERGYAID
1715 E WILSHIRE AVE STE 715
SANTA ANA 92705

ENTERPRISE (VIOLATIONS PROCESSING CENTER)
PO BOX 843369
KANSAS CITY MO 64184

PM & M ELECTRIC, INC.


FEDEX – SHIPPING
7316-4068-8
PO BOX 7221
PASADENA CA 91109-7321

FIRST AMERICAN DATA CO LLC (DATA TREE)
PO BOX 31001-2268
PASADENA CA 91110-2286

FOUNDEVER OPERATING CORPORATION
1201 DEMONBREUN ST STE 1240
NASHVILLE TN 37203

FP MAILING SOLUTIONS
PO BOX 157
BEDFORD PARK IL 60499-0157

FUSION POWER
1465 N FIEST BLVD
GILBERT AZ 85233

HUSCH BLACKWELL LLP
PO BOX 790379
ST LOUIS MO 63179-0379

INDEPENDENT TRUCK UPFITTERS
135 N MAIN ST
OAKLAND IA 51560

INTELLISHIFT DIVISION OF
VEHICLE TRACKING SOLUTIONS, LLC
152 VETERANS MEMORIAL HWY
COMMACK NY 11725

INTY POWER LLC
549 S 48TH ST
TEMPE AZ 85281

JANS METAL WORKS INC
1125 S CENTER ST
MESA AZ 85210

KIMBERLIN COMPANY PLLC
7517 S MCCLINTOCK DR STE 107
TEMPE AZ 85283

PM & M ELECTRIC, INC.


KNOCKKNOCK MARKETING
DBA CURRENT ENERGY
7871 S STUART AVE
GILBERT AZ 85298

LEWIS BRISBOIS BISGAARD & SMITH
333 BUSH STREET STE 1100
SAN FRANCISCO CA 94104

LGCY POWER
3333 DIGITAL DRIVE #600
LEHI UT 84043

LIBERTY MUTUAL
PO BOX 91013
CHICAGO IL 60680-1171

MAKE-A-WISH AMERICA
1702 E HIGHLAND AVE STE 400
PHOENIX AZ 85016

MBI INDUSTRIAL MEDICINE
ATTN BILLING DEPT
77 E THOMAS RD STE 230
PHOENIX AZ 85016

MIADNO RENTALS LLC
106 MESA AVE
PIEDMONT CA 94611

MMA SECURITIES LLC
PO BOX 9496
NEW YORK NY 10087-4496

MR JOHN AIR CONDITIONING HEATING
4575 S PALO VERDE RD #353
TUCSON AZ 85714

NATIONAL TRANSPORT SERVICES
8610 N NEW BRAUNFELS AVE S-607
SAN ANTONIO TX 78217

NEXT ENERGY LLC
2300 W SAHARA AVE STE 813
LAS VEGAS NV 89102

PM & M ELECTRIC, INC.


ORACLE AMERICA, INC
BANK OF AMERICA LOCKBOX SERVICES
15612 COLLECTIONS CENTER DR
CHICAGO IL 60693

PARKWHITT MANAGEMENT LLC
2331 S 173RD DR
GOODYEAR AZ 85338

PHOENIX SUNS
201 E JEFFERSON ST 4TH FLR
PHOENIX AZ 85004

PLOTTER DOCTORS LLC
7615 N 75TH AVE STE 104
GLENDALE AZ 85303

PORT53
ONE EMBARCADERO CTR STE 4150
SAN FRANCISCO CA 94111

PRO SOURCE DIRECT LLC
4040 E LEXINGTON AVE
GILBERT AZ 85234

PROCOPY OFFICE SOLUTIONS INC
1801 W OLYMPIC BLVD FILE 2317
PASADENA CA 91199-2317

PROVISION COFFEE LLC
202 S FARMER AVE STE 4
TEMPE AZ 85281

PV PROJECT SERVICES LLC
2965 S HWY 89
WELLSVILLE UT 84339

RED WING BUSINESS ADVANTAGE ACCOUNT
PO BOX 844329
DALLAS TX 75284-4329

ROBERT HALF
PO BOX 743295
LOS ANGELES CA 90074-3294

PM & M ELECTRIC, INC.

ROVA ROOFING LLC
3134 E MCKELLIPS RD UNIT 9
MESA AZ 85213

SALESFORCE.COM INC
PO BOX 203141
DALLAS TX 75320-3141

SENERGY SOLAR
1490 S PRICE RD #103
CHANDLER AZ 85286

SIMPLIVERIFIED
1192 EAST DRAPER PKWY #232
DRAPER UT 84020

SKY SOLAR
10115 E BELLRD STE 104-120
SCOTTSDALE AZ 85260

SNELL & WILMER LLP
1 E WASHINGTON ST STE 2700
PHOENIX AZ 85004-2556

SNOWFLAKE INC
PO BOX 734951
DALLAS TX 75373-4951

SOUTHWEST ELECTRIC
9299 W OLIVE AVE SUITE 802
PEORIA AZ 85345

SPEED OF LIGHT OPS LLC
DBA SOLO
3049 W EXECUTIVE PKWY STE 200
LEHI UT 84043-4698

SUNLY SOLAR
188 E JEFFERSON ST UNIT 615
PHOENIX AZ 85004

TEAMVIEWER GERMANY
GMBH BAHNOFSPLATZ
2 GOPPINGEN 73033
GERMANY

PM & M ELECTRIC, INC.

TEKSYSTEMS INC
PO BOX 198568
ATLANTA GA 30384-8568

TELESHIELD LLC
4960 S GILBERT RD #1-700
CHANDLER AZ 85249

TJC & ASSOCIATES DBA NOT COAL
5117 E VERDE LN
PHOENIX AZ 85018

UNITED HEALTHCARE
ATTN: LOCKBOX #88106
4900 W 95TH STREET
OAK LAWN IL 60453

UPS ACCOUNT R3Y232
PO BOX 650116
DALLAS TX 75265-0116