Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/8/2024        X _____
              MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                    Kyle Beddome
                                    Printed name

                                    CFO
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **PM & M Electric, Inc.**

United States Bankruptcy Court for the: _____   District of   **AZ**
                                                  (State)

Case number (If known):   **2:24-bk-04978-MCW**

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals      12/15

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................    $ 0

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................    $ 51,724,318.77

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...............................................................    $ 51,724,318.77

---

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.........    $ 11,375,000

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................    $

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............    + $ 13,748,936.05

4. **Total liabilities**..............................................................................................
    Lines 2 + 3a + 3b    $25,123,936.05

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

|  **All cash or cash equivalents owned or controlled by the debtor** | | Current value of debtor's interest |
| --- | --- | --- |

2. **Cash on hand**    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. *See Attached Schedule* | _____ | ___ ___ ___ ___ | $ 574,106.06 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $ _____ |
| --- | --- |
| 4.2. _____ | $ _____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 574,106.06

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. Chubb - Worker's Comp Collateral | $ 2,548,722.00 |
| --- | --- |
| 7.2. _____ | $ _____ |

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ____ / ____ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ____ / ____ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ____ / ____ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ____ / ____ / _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | | $_____ |
| 48.2 _____ | $_____ | | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | | $_____ |
| 49.2 _____ | $_____ | | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☐ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☐ No
☐ Yes

## Part 11:  All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

Current value of
debtor's interest

71. Notes receivable

Description (include name of obligor)

*See Attached*                        61,893,396.85 − 61,728,396.85           = →   $ 165,000.00
_____            _____   _____
                                   Total face amount  doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

Federal Carryover                                    Tax year  2022      $ 43,566,896.00
_____            Tax year  _____  $ _____
_____            Tax year  _____  $ _____

73. Interests in insurance policies or annuities

Cash Surrender Value of Life Insurance Policy                             $ 1,564,176.75

74. Causes of action against third parties (whether or not a lawsuit
    has been filed)

                                                                          $ _____

Nature of claim     _____

Amount requested    $_____

75. Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims

                                                                          $ _____

Nature of claim     _____

Amount requested    $_____

76. Trusts, equitable or future interests in property

                                                                          $ _____

77. Other property of any kind not already listed  Examples: Season tickets,
    country club membership

                                                                          $ _____
                                                                          $ _____

78. Total of Part 11.

Add lines 71 through 77. Copy the total to line 90.                       $ $45,296,072.80

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?

☐ No
☐ Yes

**Part 1 - Cash and Cash Equivalents**

3.

| Name of Institution | Type of Account | Last 4 Digits of Acct # | Current Value |
|---|---|---|---|
| JP Morgan Chase | Checking | 6615 | $ 285,619.07 |
| JP Morgan Chase | Savings | 2867 | $ - |
| JP Morgan Chase | Money Market | 7235 | $ 288,486.99 |
| JP Morgan Chase | Checking | 0680 | $ - |
| **Total** | | | $ 574,106.06 |

Part 11 - All Other Assets

### 71 Notes Receivable

| Description | Total Face Amount | Doubtful or Uncollected Amount | Current Value |
|---|---|---|---|
| N/R Nergy | $ 171,270.70 | $171,270.70 | $ - |
| N/R Gilbert Christian Schools | $ 120,000.00 | $0.00 | $ 120,000.00 |
| N/R Sunbound Solar | $ 78,355.08 | $78,355.08 | $ - |
| N/R David Williamson | $ 45,000.00 | $ - | $ 45,000.00 |
| LOC Receivable : LOC - PM&M To Titan Solar Power TX | $ 6,571,139.93 | $ 6,571,139.93 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power FL | $ 3,926,380.88 | $ 3,926,380.88 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power CA | $ 5,316,483.83 | $ 5,316,483.83 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power NC | $ 12,822,323.65 | $ 12,822,323.65 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power SC | $ 294,510.53 | $ 294,510.53 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power CO | $ 6,286,024.27 | $ 6,286,024.27 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power MO | $ 757,917.50 | $ 757,917.50 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power UT | $ 1,303,112.82 | $ 1,303,112.82 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power GA | $ 4,318,904.28 | $ 4,318,904.28 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power VA | $ 4,479,731.94 | $ 4,479,731.94 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power AL | $ 17,440.60 | $ 17,440.60 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power ME | $ 197.05 | $ 197.05 | $ - |
| LOC Receivable : LOC - PM&M To TES | $ 6,365,984.56 | $ 6,365,984.56 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power ID | $ 495,351.04 | $ 495,351.04 | $ - |
| LOC Receivable : LOC - PM&M To 2717 N 90th St | $ 148,281.10 | $ 148,281.10 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power PA | $ 13,258.09 | $ 13,258.09 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power CT | $ 423.96 | $ 423.96 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power MD | $ 240,719.82 | $ 240,719.82 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power MA | $ 134.33 | $ 134.33 | $ - |
| LOC Receivable: LOC - PM&M to Titan Solar Power KY | $ 51.83 | $ 51.83 | $ - |
| LOC Receivable: LOC - PM&M to Titan Solar Power WV | $ 8,375.60 | $ 8,375.60 | $ - |
| LOC Receivable: LOC - PM&M to CHRIS VENER | $ 34,000.00 | $ 34,000.00 | $ - |
| LOC Receivable: LOC - PM&M to Titan Solar Power AR | $ 11,567.30 | $ 11,567.30 | $ - |
| LOC Receivable: LOC - PM&M to Titan Solar Power KS | $ 48,946.76 | $ 48,946.76 | $ - |
| LOC Receivable: LOC - PM&M to Titan SF | $ 650,869.95 | $ 650,869.95 | $ - |
| Due To From PM&M/Titan Solar Power NV | $ 578,484.63 | $ 578,484.63 | $ - |
| Due To From PM&M/Titan Solar Power TX | $ 1,484,556.63 | $ 1,484,556.63 | $ - |
| Due to From PM&M/Titan Solar Power FL | $ 1,298,107.55 | $ 1,298,107.55 | $ - |
| Due to From PM&M/Titan Solar Power NM | $ 48,107.05 | $ 48,107.05 | $ - |
| Due From PM&M/WSB | $ 4,351.08 | $ 4,351.08 | $ - |
| Due To From PM&M/Titan Solar Power CO | $ 32,672.34 | $ 32,672.34 | $ - |
| Due To From PM&M/Titan Solar Power CA | $ 678,457.90 | $ 678,457.90 | $ - |
| Due to From PM&M/Titan Solar Power IL | $ 581,295.89 | $ 581,295.89 | $ - |
| Due to From PM&M/Titan Solar Power NC | $ 222,114.22 | $ 222,114.22 | $ - |
| Due to From PM&M/Titan Solar Power SC | $ 133,435.12 | $ 133,435.12 | $ - |
| Due to From PM&M/Titan Solar Power GA | $ 41,987.50 | $ 41,987.50 | $ - |
| Due to From PM&M/Titan Solar Power WI | $ 151.00 | $ 151.00 | $ - |
| Due to From PM&M/Titan Solar Power KY | $ 1,442.78 | $ 1,442.78 | $ - |
| Due to From PM&M/Titan Solar Power MI | $ 341.70 | $ 341.70 | $ - |
| Due to From PM&M/Titan Solar Power AZ | $ 2,230,157.31 | $ 2,230,157.31 | $ - |
| Due to From PM&M/Titan Solar Power AL | $ 65.51 | $ 65.51 | $ - |
| Due to From PM&M/Titan Solar Power KS | $ 771.61 | $ 771.61 | $ - |
| Due to From PM&M/Titan Solar Power OH | $ 479.98 | $ 479.98 | $ - |
| Due to From PM&M/Titan Solar Power AR | $ 13,833.15 | $ 13,833.15 | $ - |
| Due to From PM&M/Titan Solar Power CT | $ 1,532.50 | $ 1,532.50 | $ - |
| Due to From PM&M/Titan Solar Power ID | $ 11,851.59 | $ 11,851.59 | $ - |
| Due to From PM&M/Titan Solar Power MA | $ 1,961.83 | $ 1,961.83 | $ - |
| Due to From PM&M/Titan Solar Power NY | $ 463.71 | $ 463.71 | $ - |
| Due to From PM&M/Titan Solar Power DC | $ 16.87 | $ 16.87 | $ - |
| | $ 61,893,396.85 | $ 61,728,396.85 | $ 165,000.00 |

Fill in this information to identify the case:

Debtor name **PM & M ELECTRIC, INC.**

United States Bankruptcy Court for the: _____ District of **AZ**
(State)

Case number (If known): **2:24-bk-04978-MCW**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim. Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

Creditor's name
SolarEdge Technologies, Inc

Creditor's mailing address
700 Tasman Dr
Milipitas, CA 95035

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

Describe debtor's property that is subject to a lien
all property of the debtor

Describe the lien
UCC filing

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 11,375,000
Column B: $ Unknown

**2.2**

Creditor's name
_____

Creditor's mailing address
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $_____

Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |
| | Line 2. ☐ | _ _ _ _ |

Debtor    **PM & M ELECTRIC, INC.**

United States Bankruptcy Court for the: _____ District of **AZ**
(State)

Case number   **2:24-bk-04978-MCW**
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____
_____
_____
_____

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
Line of Credit

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.2**   Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.3**   Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | PM & M ELECTRIC, INC. | Case number (if known) | 2:24-bk-04978-MCW |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
*See Attachment*

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ $13,748,936.05

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**

Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**

Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**

Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**

Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**

Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | PM & M ELECTRIC, INC. | Case number (if known) | 2:24-bk-04978-MCW |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | _____ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | | $_____ |
| 5b. Total claims from Part 2 | 5b. | **+** | $_____ |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | | $ $13,748,936.05 |

| Line | Subsidiary | Vendor Name | Vendor Address | Oldest Dated Invoice | Account Number | Contingent / Unliquidated / Disputed | Basis for Claim | Subject to Offset | Sum of Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PM&M Electric Inc | ALLIANT INSURANCE SERVICES INC | PO BOX 744912, LOS ANGELES, CA,United States | 5/29/2024 | VEN-94287 | | Unpaid Accounts Payable | | $109,253.10 |
| 2 | PM&M Electric Inc | AloNu Solar | S Gilbert Rd & E Southern Ave, Mesa, AZ,United States | 5/12/2020 | 03450-PHM | | Unpaid Accounts Payable | | $1,597.50 |
| 3 | PM&M Electric Inc | AlphaGraphics | 535 W BASELINE RD, STE 104, MESA, AZ,United States | 12/7/2023 | VEN-78966 | | Unpaid Accounts Payable | | $289.16 |
| 4 | PM&M Electric Inc | Amazon Capital Services | PO Box 035184, Seattle, WA,United States | 2/24/2024 | VEN-01726 | | Unpaid Accounts Payable | | $8,353.78 |
| 5 | PM&M Electric Inc | ARAMARK REFRESHMENT SERVICES LLC | PO BOX 734677, DALLAS, TX,United States | 3/5/2024 | VEN-94251 | | Unpaid Accounts Payable | | $7,706.80 |
| 6 | PM&M Electric Inc | Ascensus (Formaly GOLDLEAF PARTNERS) | 23693 Network Place, Chicago, IL,United States | 4/29/2024 | VEN-275 | | Unpaid Accounts Payable | | $4,343.93 |
| 7 | PM&M Electric Inc | ASPEN DENTAL MANAGEMENT INC | 281 SANDERS CREEK PKWY, EAST SYRACUSE, NY,United Stat | 6/1/2024 | VEN-94019 | | Unpaid Accounts Payable | | $69,308.98 |
| 8 | PM&M Electric Inc | Avava Solar | 18521 E Queen Creek Rd Suite 105-154, Queen Creek, AZ,Uni | 8/29/2020 | 85349-PHM | | Unpaid Accounts Payable | | $5,723.60 |
| 9 | PM&M Electric Inc | BAKER AND MCKENZIE LLP | PO BOX 23753, CHICAGO, IL,United States | 4/29/2024 | VEN-94039 | | Unpaid Accounts Payable | | $11,761.50 |
| 10 | PM&M Electric Inc | BLU BANYAN INC | 1569 Solano Ave, Ste. 645, Berkley, CA,United States | 4/3/2024 | VEN-660 | | Unpaid Accounts Payable | | $97,824.14 |
| 11 | PM&M Electric Inc | BRAGIN RODION | FEDORA SHALAPINA ST 14-25, NOVOE SHIGALEEVO, TATARS | 6/14/2024 | VEN-93164 | | Unpaid Accounts Payable | | $3,125.00 |
| 12 | PM&M Electric Inc | Brio, Inc | S11 Olive St, Santa Barbara, CA,United States | 3/18/2024 | VEN-10220 | | Unpaid Accounts Payable | | $7,875.00 |
| 13 | PM&M Electric Inc | BUSINESS CONSUMER ALLIANCE | PO BOX 970, COLTON, CA,United States | 1/1/2024 | VEN-100745 | | Unpaid Accounts Payable | | $2,650.00 |
| 14 | PM&M Electric Inc | BUSINESSSOLVER.COM INC | PO BOX 850512, MINNEAPOLIS, MN,United States | 12/31/2024 | VEN-100746 | | Unpaid Accounts Payable | | $411.52 |
| 15 | PM&M Electric Inc | CINTAS | PO BOX 631025, CINCINNATI, OH,Un | 12/31/2024 | VEN-100746 | | Unpaid Accounts Payable | | $1,101.82 |
| 16 | PM&M Electric Inc | CINTAS CORP | PAYER 22415216, PO BOX 29059, PHOENIX, AZ,United States | 2/14/2024 | VEN-194 | | Unpaid Accounts Payable | | $1,999.32 |
| 17 | PM&M Electric Inc | Citizen Energy dba Just Solar | 20403 N Lake Pleasant Rd #117-272, Peoria, AZ,United State | 8/28/2023 | 77952-PHM | | Unpaid Accounts Payable | | $650.00 |
| 18 | PM&M Electric Inc | CONCUR TECHNOLOGIES, INC. | 62157 COLLECTIONS CENTER DRIVE, CHICAGO, IL,United St | 5/2/2024 | VEN-207 | | Unpaid Accounts Payable | | $23,122.26 |
| 19 | PM&M Electric Inc | CORPORATE INTERIOR SYSTEMS INC | 3311 E BROADWAY RD, PHOENIX, AZ,United States | 9/27/2023 | VEN-94147 | | Unpaid Accounts Payable | | $18,818.75 |
| 20 | PM&M Electric Inc | Daisho U.S.A. Inc. dba Blue Tiger Coffee | 835 GREENS PKWY, STE 160, HOUSTON, TX,United States | 2/1/2024 | VEN-01847 | | Unpaid Accounts Payable | | $2,181.25 |
| 21 | PM&M Electric Inc | DMITRIY KOSTROMIN | KIRGIZSKAYA 38D ST APT 82, ROSTOV-ON-DON, ROSTOVSKAY | 7/7/2023 | VEN-93162 | | Unpaid Accounts Payable | | $10,624.00 |
| 22 | PM&M Electric Inc | EC Power LLC | 18522 E Mercer Ln, Scottsdale, AZ,United States | 1/23/2020 | 00870-AZ | | Unpaid Accounts Payable | | $8,332.25 |
| 23 | PM&M Electric Inc | ENERGYAID | 1715 E WISLHIRE AVE STE 715, SANTA ANA, CA,United States | 4/22/2024 | VEN-100647 | | Unpaid Accounts Payable | | $700.00 |
| 24 | PM&M Electric Inc | ENTERPRISE (Violation Processing Center) | PO BOX 843599, KANSAS CITY, MO,United States | 2/5/2024 | VEN-247 | | Unpaid Accounts Payable | | $730.00 |
| 25 | PM&M Electric Inc | FEDEX - SHIPPING 7316-4068-8 | PO BOX 7221, PASADENA, CA,United States | 4/11/2024 | VEN-258 | | Unpaid Accounts Payable | | $5,451.54 |
| 26 | PM&M Electric Inc | First American Data Co., LLC (Data Tree) | PO BOX 2286, Pasadena, CA,United States | 1/30/2020 | 00835-AZ | | Unpaid Accounts Payable | | $2,074.00 |
| 27 | PM&M Electric Inc | FOUNDEVR OPERATING CORPORATION | 1201 DEMONBREUM ST, STE 1240, NASHVILLE, TN,United Sta | 3/12/2024 | VEN-94295 | | Unpaid Accounts Payable | | $25,509.74 |
| 28 | PM&M Electric Inc | FP Mailing Solutions | PO Box 157, Bedford Park, IL,United States | 1/5/2024 | VEN-863 | | Unpaid Accounts Payable | | $419.39 |
| 29 | PM&M Electric Inc | Fusion Power | 1465 N Fiesta Blvd, Gilbert, AZ,United States | 4/21/2021 | 00002-PHM | | Unpaid Accounts Payable | | $42,170.96 |
| 30 | PM&M Electric Inc | Go Spa Lite | | 9/14/2020 | 09134-PHM | | Unpaid Accounts Payable | | $839.78 |
| 31 | PM&M Electric Inc | HUSCH BLACKWELL LLP | PO BOX 790379, ST.LOUIS, MO,United States | 4/9/2024 | VEN-100724 | | Unpaid Accounts Payable | | $16,168.00 |
| 32 | PM&M Electric Inc | INDEPENDENT TRUCK UPFITTERS | 135 N MAIN ST, OAKLAND, IA,United States | 3/6/2024 | VEN-93928 | | Unpaid Accounts Payable | | $11,012.50 |
| 33 | PM&M Electric Inc | IntelliShift (Division of Vehicle Tracking Solution | 152 Veterans Memorial Hwy, Commack, NY,United States | 11/29/2023 | VEN-93288 | | Unpaid Accounts Payable | | $86,073.13 |
| 34 | PM&M Electric Inc | iny Power LLC | 549 S 48th St, #102, Tempe, AZ,United States | 2/18/2020 | 02350-PHM | | Unpaid Accounts Payable | | $594.75 |
| 35 | PM&M Electric Inc | JAXS METAL WORKS INC | 1125 S CENTER ST, MESA, AZ,United States | 3/20/2024 | VEN-100855 | | Unpaid Accounts Payable | | $828.00 |
| 36 | PM&M Electric Inc | Kimbelin Company, PLLC | 106 S KYRENE RD, STE 2, CHANDLER, AZ,United States | 5/28/2024 | VEN-02690 | | Unpaid Accounts Payable | | $4,500.00 |
| 37 | PM&M Electric Inc | Kirill Kravchenko | Magistralnaya Street, 56, Rostov-on-Don Rostovskaya oblast, I | 6/14/2024 | VEN-78921 | | Unpaid Accounts Payable | | $4,125.00 |
| 38 | PM&M Electric Inc | KnockKnock Marketing dba. Current Energy | 7871 South Stuart Avenue, Gilbert, AZ,United States | 11/3/2023 | 01900-PHM | | Unpaid Accounts Payable | | $1,300.00 |
| 39 | PM&M Electric Inc | Lewis Brisbois Bisgaard & Smith, LLP | 633 West 5th Street, Suite 4000, Los Angeles, CA,United State | 3/31/2023 | VEN-569 | | Unpaid Accounts Payable | | $41,123.84 |
| 40 | PM&M Electric Inc | LGCY POWER | 3333 Digital Drive, #600, Lehi, UT,United States | 7/7/2021 | 03270-PHM | | Unpaid Accounts Payable | | $25,832.66 |
| 41 | PM&M Electric Inc | LIBERTY MUTUAL | PO BOX 91013, CHICAGO, IL,United States | 5/2/2024 | VEN-330 | | Unpaid Accounts Payable | | $100,171.00 |
| 42 | PM&M Electric Inc | MAKE-A-WISH AMERICA | 1702 EAST HIGHLAND AVE, SUITE 400, Phoenix, AZ,United Sta | 10/3/2023 | VEN-93151 | | Unpaid Accounts Payable | | $250,000.00 |
| 43 | PM&M Electric Inc | MBI INDUSTRIAL MEDICINE | ATTN BILLING DEPT, 77 E THOMAS RD STE 230, PHOENIX, AZ, | 2/7/2024 | VEN-343 | | Unpaid Accounts Payable | | $104.00 |
| 44 | PM&M Electric Inc | MIAENO RENTALS LLC | 106 MESA AVE, PIEDMONT, CA,United States | 5/14/2024 | VEN-100398 | | Unpaid Accounts Payable | | $25,000.00 |
| 45 | PM&M Electric Inc | MIKHAIL SHOKOLOV | KOROLEVA ST 21/32, APT 42, ROSTOV-ON-DON, Russian Fed | 6/14/2024 | VEN-94245 | | Unpaid Accounts Payable | | $2,958.34 |

PM & M ELECTRIC, INC.
2:24-bk-04978-MCW

| | |
|---|---|
| LOC Receivable PM&M to WSB | $787,561.29 |
| LOC Receivable PM&M to TSP LA | $30,000.00 |
| LOC Receivable PM&M to TSP MS | $17,000.00 |
| LOC Receivable PM&M to TSP TN | $28,000.00 |
| LOC Receivable PM&M to TSP NI | $33,000.00 |
| LOC Receivable PM&M to TSP AZ | $125,600.00 |
| LOC Receivable PM&M to TSP WI | $11,722.86 |
| LOC Receivable PM&M to TSP OH | $14,000.00 |
| | $13,748,936.05 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY | ASPEN DENTAL MANAGEMENT, INC |
| | | | 281 SANDERS CREEK PARKWAY, |
| | State the term remaining | 5/31/2025 | EAST SYRACUSE, NY 13057 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1
Case 2:24-bk-04978-MCW   Doc 13   Filed 07/08/24   Entered 07/08/24 18:59:40   Desc
Main Document     Page 17 of 19

## Fill in this information to identify the case:

Debtor name ___PM & M Electric, Inc.___

United States Bankruptcy Court for the:_____ District of __AZ__
(State)

Case number (If known): ___2:24-bk-04978-MCW___

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1 _____ See attached. Street _____ City State ZIP Code | | _____ | ☒ D ☐ E/F ☐ G |
| 2.2 _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ Street _____ City State ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

Schedule H: Codebtors (Guarantors of PM & M Electric, Inc.)

| Name | Mailing Address | Name | Applies to: |
|---|---|---|---|
| Titan Solar Power AZ, Inc. | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power CA, Inc. | 2223 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power CO, Inc. | 2224 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power GA, Inc. | 2225 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power FL, Inc. | 2226 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power ID, Inc. | 2227 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power IL, Inc. | 2228 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power LA, Inc. | 2229 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power MD, Inc. | 2230 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power MO, Inc. | 2231 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power MS, Inc. | 2232 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power NC, Inc. | 2233 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power NJ, Inc. | 2234 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power NM, Inc. | 2235 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power NV, Inc. | 2236 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power OH, Inc. | 2237 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power SC, Inc. | 2238 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power TN, Inc. | 2239 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power TX, Inc. | 2240 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power UT, Inc. | 2241 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power VA, Inc. | 2242 E Yeager Dr Ste 100, Chandler, AZ 85286 | SolarEdge Technologies, Inc. | D |
| Titan Solar Power AZ | 2222 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 84 |
| Titan Solar Power CA, Inc. | 2223 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 84 |
| Titan Solar Power CO, Inc. | 2224 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 84 |
| Titan Solar Power GA, Inc. | 2225 E Yeager Dr Ste 100, Chandler, AZ 85286 | Minck LLC | E/F 84 |