Fill in this information to identify the case:

Debtor name __PM & M ELECTRIC, INC._____

United States Bankruptcy Court for the: _____ District of __AZ__
(State)

Case number (If known): __2:24-bk-04978-MCW__

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☐ No. Go to Part 2.
   - ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

2. **Cash on hand**  $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | *See Attached Schedule* | _____ | ____ ____ ____ ____ | $ 574,106.06 |
   | 3.2. | _____ | _____ | ____ ____ ____ ____ | $ _____ |

4. **Other cash equivalents** *(Identify all)*
   - 4.1. _____ $_____
   - 4.2. _____ $_____

5. **Total of Part 1**  $ 574,106.06

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☐ No. Go to Part 3.
   - ☒ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   - 7.1. Chubb - Worker's Comp Collateral _____ $ 2,548,722.00
   - 7.2. _____ $ _____

Debtor  PM & M ELECTRIC, INC.  Case number (if known) 2:24-BK-04978-MCW

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. Federal Tax Deposit ............................................................... $ 1,590,563.43
   8.2. _____ $ _____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81. ............... $ 4,139,285.43

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: $1,649,765.48 − $199,014.99 = ➔ $ 1,450,750.49
                              face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:    $87,364.16 − $87,364.16 = ➔ $ 0
                              face amount        doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82. ............... $ 1,450,750.49

### Part 4: Investments

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:
    14.1. _____ _____ $ _____
    14.2. _____ _____ $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                         % of ownership:
    15.1. _____ _____% _____ $ _____
    15.2. _____ _____% _____ $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____ _____ $ _____
    16.2. _____ _____ $ _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83. $ _____

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
- ☒ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**  $_____
Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☒ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                                                   $_____

34. **Is the debtor a member of an agricultural cooperative?**
    - ☐ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☐ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    - ☐ No. Go to Part 8.
    - ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ 35,275.99 | 25% of Gross | $ 14,145.07 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ 95,937.98 | 25% of Gross | $ 249,958.92 |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                                                   $ 264,103.99

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - ☐ No
    - ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

Debtor  **PM & M ELECTRIC, INC.**                                                  Case number (*if known*)  2:24-bk-04978-MCW
_____Name

# Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____  $_____  _____  $_____
47.2 _____  $_____  _____  $_____
47.3 _____  $_____  _____  $_____
47.4 _____  $_____  _____  $_____

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____  $_____  _____  $_____
48.2 _____  $_____  _____  $_____

**49. Aircraft and accessories**

49.1 _____  $_____  _____  $_____
49.2 _____  $_____  _____  $_____

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  $_____  _____  $_____

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                                                                           $_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.  $_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.  $_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☐ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☐ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☐ No. Go to Part 12.
    - ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    *See Attached*
    Total face amount: 61,893,396.85 − doubtful or uncollectible amount: 61,728,396.85 = $165,000.00

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    Federal Carryover
    Tax year 2022    $43,566,896.00
    Tax year ____    $____
    Tax year ____    $____

73. **Interests in insurance policies or annuities**
    Cash Surrender Value of Life Insurance Policy
    $1,564,176.75

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    ____
    Nature of claim  ____
    Amount requested  $____
    $____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    ____
    Nature of claim  ____
    Amount requested  $____
    $____

76. **Trusts, equitable or future interests in property**
    ____
    $____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
    ____
    ____
    $____
    $____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.
    $45,296,072.80

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

Debtor  PM & M ELECTRIC, INC.  
Name

Case number (if known) 2:24-bk-04978-MCW

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $574,106.06 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $4,139,285.43 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $1,450,750.49 | |
| 83. **Investments.** Copy line 17, Part 4. | $0 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $264,103.99 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0 | |
| 88. **Real property.** Copy line 56, Part 9. ➔ | | $0 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $45,296,072.80 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $51,724,318.77 | + 91b. $0 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ............ $51,724,318.77

PM & M ELECTRIC, INC.
2:24-bk-04978-MCW

**Part 1 - Cash and Cash Equivalents**

| 3. | Name of Institution | Type of Account | Last 4 Digits of Acct # | Current Value |
|---|---|---|---|---|
| | JP Morgan Chase | Checking | 6615 | $ 285,619.07 |
| | JP Morgan Chase | Savings | 2867 | $      - |
| | JP Morgan Chase | Money Market | 7235 | $ 288,486.99 |
| | JP Morgan Chase | Checking | 0680 | $      - |
| | **Total** | | | $ 574,106.06 |

Part 11 - All Other Assets

**71** Notes Receivable

| Description | Total Face Amount | Doubtful or Uncollected Amount | Current Value |
|---|---:|---:|---:|
| N/R Nergy | $ 171,270.70 | $171,270.70 | $ - |
| N/R Gilbert Christian Schools | $ 120,000.00 | $0.00 | $ 120,000.00 |
| N/R Sunbound Solar | $ 78,355.08 | $78,355.08 | $ - |
| N/R David Williamson | $ 45,000.00 | $ - | $ 45,000.00 |
| LOC Receivable : LOC - PM&M To Titan Solar Power TX | $ 6,571,139.93 | $ 6,571,139.93 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power FL | $ 3,926,380.88 | $ 3,926,380.88 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power CA | $ 5,316,483.83 | $ 5,316,483.83 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power NC | $ 12,822,323.65 | $ 12,822,323.65 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power SC | $ 294,510.53 | $ 294,510.53 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power CO | $ 6,286,024.27 | $ 6,286,024.27 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power MO | $ 757,917.50 | $ 757,917.50 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power UT | $ 1,303,112.82 | $ 1,303,112.82 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power GA | $ 4,318,904.28 | $ 4,318,904.28 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power VA | $ 4,479,731.94 | $ 4,479,731.94 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power AL | $ 17,440.60 | $ 17,440.60 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power ME | $ 197.05 | $ 197.05 | $ - |
| LOC Receivable : LOC - PM&M To TES | $ 6,365,984.56 | $ 6,365,984.56 | $ - |
| LOC Receivable : LOC - PM&M to Titan Solar Power ID | $ 495,351.04 | $ 495,351.04 | $ - |
| LOC Receivable : LOC - PM&M To 2717 N 90th St | $ 148,281.10 | $ 148,281.10 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power PA | $ 13,258.09 | $ 13,258.09 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power CT | $ 423.96 | $ 423.96 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power MD | $ 240,719.82 | $ 240,719.82 | $ - |
| LOC Receivable : LOC - PM&M To Titan Solar Power MA | $ 134.33 | $ 134.33 | $ - |
| LOC Receivable: LOC - PM&M to Titan Solar Power KY | $ 51.83 | $ 51.83 | $ - |
| LOC Receivable: LOC - PM&M to Titan Solar Power WV | $ 8,375.60 | $ 8,375.60 | $ - |
| LOC Receivable: LOC - PM&M to CHRIS VENER | $ 34,000.00 | $ 34,000.00 | $ - |
| LOC Receivable: LOC - PM&M to Titan Solar Power AR | $ 11,567.30 | $ 11,567.30 | $ - |
| LOC Receivable: LOC - PM&M to Titan Solar Power KS | $ 48,946.76 | $ 48,946.76 | $ - |
| LOC Receivable: LOC - PM&M to Titan SF | $ 650,869.95 | $ 650,869.95 | $ - |
| Due To From PM&M/Titan Solar Power NV | $ 578,484.63 | $ 578,484.63 | $ - |
| Due To From PM&M/Titan Solar Power TX | $ 1,484,556.63 | $ 1,484,556.63 | $ - |
| Due to From PM&M/Titan Solar Power FL | $ 1,298,107.55 | $ 1,298,107.55 | $ - |
| Due To From PM&M/Titan Solar Power NM | $ 48,107.05 | $ 48,107.05 | $ - |
| Due To From PM&M/WSB | $ 4,351.08 | $ 4,351.08 | $ - |
| Due to From PM&M/Titan Solar Power CO | $ 32,672.34 | $ 32,672.34 | $ - |
| Due To From PM&M/Titan Solar Power CA | $ 678,457.90 | $ 678,457.90 | $ - |
| Due To From PM&M/Titan Solar Power IL | $ 581,295.89 | $ 581,295.89 | $ - |
| Due To From PM&M/Titan Solar Power NC | $ 222,114.22 | $ 222,114.22 | $ - |
| Due To From PM&M/Titan Solar Power SC | $ 133,435.12 | $ 133,435.12 | $ - |
| Due to From PM&M/Titan Solar Power GA | $ 41,987.50 | $ 41,987.50 | $ - |
| Due to From PM&M/Titan Solar Power WI | $ 151.00 | $ 151.00 | $ - |
| Due to From PM&M/ Titan Solar Power KY | $ 1,442.78 | $ 1,442.78 | $ - |
| Due to From PM&M/Titan Solar Power MI | $ 341.70 | $ 341.70 | $ - |
| Due to From PM&M/ Titan Solar Power AZ | $ 2,230,157.31 | $ 2,230,157.31 | $ - |
| Due to From PM&M/Titan Solar Power AL | $ 65.51 | $ 65.51 | $ - |
| Due to From PM&M/Titan Solar Power KS | $ 771.61 | $ 771.61 | $ - |
| Due To From PM&M/Titan Solar Power OH | $ 479.98 | $ 479.98 | $ - |
| Due to From PM&M/Titan Solar Power AR | $ 13,833.15 | $ 13,833.15 | $ - |
| Due to From PM&M/Titan Solar Power CT | $ 1,532.50 | $ 1,532.50 | $ - |
| Due to From PM&M/Titan Solar Power ID | $ 11,851.59 | $ 11,851.59 | $ - |
| Due to From PM&M/Titan Solar Power MA | $ 1,961.83 | $ 1,961.83 | $ - |
| Due to From PM&M/Titan Solar Power NY | $ 463.71 | $ 463.71 | $ - |
| Due to From PM&M/Titan Solar Power DC | $ 16.87 | $ 16.87 | $ - |
| | $ 61,893,396.85 | $ 61,728,396.85 | $ 165,000.00 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule* __A/B__

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/19/2024__  ✗ __/s/ Kyle Beddome_____
 MM / DD / YYYY  Signature of individual signing on behalf of debtor

 __Kyle Beddome_____
 Printed name

 __CFO_____
 Position or relationship to debtor