**Fill in this information to identify the case:**

Debtor    PM & M ELECTRIC, INC.

United States Bankruptcy Court for the: _____ District of   AZ
                                                  (State)

Case number   2:24-bk-04978-MCW
(If known)

☒ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Line of Credit
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim $_____  Priority amount $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim $_____  Priority amount $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim $_____  Priority amount $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim $_____  Priority amount $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|--|--|-----------------|

**3.1**

**Nonpriority creditor's name and mailing address**
*See Attachment*

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ $14,728,547.73

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page __ of __

| Debtor | PM & M ELECTRIC, INC. | Case number (if known) | 2:24-bk-04978-MCW |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td colspan="2"><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page __ of __

| Debtor | PM & M ELECTRIC, INC. | Case number (if known) | 2:24-bk-04978-MCW |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | PM & M ELECTRIC, INC. | Case number *(if known)* | 2:24-bk-04978-MCW |
|--------|---------|---------|---------|
| | Name | | |

---

**Part 3:** **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page ___ of ___

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. + | $_____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ $14,728,547.73 |

## Part 2-Creditors with NONPRIORITY Unsecured Claims

| Line | Subsidiary | Vendor Name | Vendor Address | Oldest Dated Invoice | Account Number | Contingent / Unliquidated / Disputed | Basis for Claim | Subject to Offset | Sum of Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PM&M Electric Inc | ALLIANT INSURANCE SERVICES INC | PO BOX 744912, LOS ANGELES, CA,United States | 5/29/2024 | VEN-94287 | | Unpaid Accounts Payable | | $109,253.10 |
| 2 | PM&M Electric Inc | AloNiu Solar | S Gilbert Rd & E Southern Ave, Mesa, AZ,United States | 5/1/2020 | 03450-PM | | Unpaid Accounts Payable | | $1,597.50 |
| 3 | PM&M Electric Inc | AlphaGraphics | 535 W BASELINE RD, STE 104, MESA, AZ,United States | 12/7/2023 | VEN-78966 | | Unpaid Accounts Payable | | $289.16 |
| 4 | PM&M Electric Inc | Amazon Capital Services | PO Box 035184, Seattle, WA,United States | 2/24/2024 | VEN-01726 | | Unpaid Accounts Payable | | $8,353.78 |
| 5 | PM&M Electric Inc | ARAMARK REFRESHMENT SERVICES LLC | PO BOX 734677, DALLAS, TX,United States | 3/5/2024 | VEN-94251 | | Unpaid Accounts Payable | | $7,706.80 |
| 6 | PM&M Electric Inc | Ascensus (Formally GOLDLEAF PARTNERS) | 23693 Network Place, Chicago, IL,United States | 4/29/2024 | VEN-275 | | Unpaid Accounts Payable | | $4,343.93 |
| 7 | PM&M Electric Inc | ASPEN DENTAL MANAGEMENT INC | 281 SANDERS CREEK PKWY, EAST SYRACUSE, NY,United States | 6/1/2024 | VEN-94019 | | Unpaid Accounts Payable | | $69,308.98 |
| 8 | PM&M Electric Inc | Avava Solar | 18521 E Queen Creek Rd Suite 105-154, Queen Creek, AZ,United States | 8/29/2020 | 85349-PM | | Unpaid Accounts Payable | | $5,723.60 |
| 9 | PM&M Electric Inc | BAKER AND MCKENZIE LLP | PO BOX 23753, CHICAGO, IL,United States | 4/23/2024 | VEN-84039 | | Unpaid Accounts Payable | | $11,761.50 |
| 10 | PM&M Electric Inc | BLU BANYAN INC | 1569 Solano Ave. Ste. 645, Berkley, CA,United States | 4/3/2024 | VEN-660 | | Unpaid Accounts Payable | | $97,824.14 |
| 11 | PM&M Electric Inc | BRAGIN RODION | FEDORA SHALAPINA ST 14-25, NOVOE SHIGALEEVO, TATARSTAN,Russian Federation | 6/14/2024 | VEN-93164 | | Unpaid Accounts Payable | | $3,125.00 |
| 12 | PM&M Electric Inc | Briq, Inc | 511 Olive St, Santa Barbara, CA,United States | 3/18/2024 | VEN-10220 | | Unpaid Accounts Payable | | $7,875.00 |
| 13 | PM&M Electric Inc | BUSINESS CONSUMER ALLIANCE | PO BOX 970, COLTON, CA,United States | 1/1/2024 | VEN-10074 | | Unpaid Accounts Payable | | $2,650.00 |
| 14 | PM&M Electric Inc | BUSINESSOLVER.COM INC | PO BOX 850512, MINNEAPOLIS, MN,United States | 1/31/2024 | VEN-10074 | | Unpaid Accounts Payable | | $411.52 |
| 15 | PM&M Electric Inc | CINTAS | ATTN PAYER 16887801, PO BOX 631025, CINCINNATI, OH,United States | 2/1/2024 | VEN-723 | | Unpaid Accounts Payable | | $1,101.82 |
| 16 | PM&M Electric Inc | CINTAS CORP | PAYER 22416216, PO BOX 29059, PHOENIX, AZ,United States | 2/14/2024 | VEN-194 | | Unpaid Accounts Payable | | $1,999.32 |
| 17 | PM&M Electric Inc | Clean Energy Advisors dba Just Solar | 20403 N Lake Pleasant Rd #117-272, Peoria, AZ,United States | 10/18/2023 | 77952-PM | | Unpaid Accounts Payable | | $650.00 |
| 18 | PM&M Electric Inc | CONCUR TECHNOLOGIES, INC. | 62157 COLLECTIONS CENTER DRIVE, CHICAGO, IL,United States | 5/2/2024 | VEN-207 | | Unpaid Accounts Payable | | $23,122.26 |
| 19 | PM&M Electric Inc | CORPORATE INTERIOR SYSTEMS INC | 3311 E BROADWAY RD, PHOENIX, AZ,United States | 9/27/2023 | VEN-94147 | | Unpaid Accounts Payable | | $18,818.75 |
| 20 | PM&M Electric Inc | Daiohs U.S.A, Inc. dba Blue Tiger Coffee | 835 GREENS PKWY, STE 160, HOUSTON, TX,United States | 2/1/2024 | VEN-01847 | | Unpaid Accounts Payable | | $2,183.25 |
| 21 | PM&M Electric Inc | DMITRIY KOSTROMIN | KIRGIZSKAYA 38G ST APT 82, ROSTOV ON DON, ROSTOVSKAYA OBL,Russian Federation | 7/7/2023 | VEN-93162 | | Unpaid Accounts Payable | | $10,624.00 |
| 22 | PM&M Electric Inc | EC Power LLC | 10522 E Mercer Ln, Scottsdale, AZ,United States | 1/23/2020 | 00870-AZ | | Unpaid Accounts Payable | | $8,332.25 |
| 23 | PM&M Electric Inc | ENERGYAID | 1715 E WISLHIRE AVE, STE 715, SANTA ANA, CA,United States | 4/22/2024 | VEN-10064 | | Unpaid Accounts Payable | | $700.00 |
| 24 | PM&M Electric Inc | ENTERPRISE (Violation Processing Center) | PO BOX 843369, KANSAS CITY, MO,United States | 2/5/2024 | VEN-247 | | Unpaid Accounts Payable | | $730.00 |
| 25 | PM&M Electric Inc | FEDEX - SHIPPING 7316-4068-8 | PO BOX 7221, PASADENA, CA,United States | 4/11/2024 | VEN-258 | | Unpaid Accounts Payable | | $5,451.54 |
| 26 | PM&M Electric Inc | First American Data Co., LLC (Data Tree) | PO Box 31001-2286, Pasadena, CA,United States | 3/31/2024 | VEN-01916 | | Unpaid Accounts Payable | | $2,074.00 |
| 27 | PM&M Electric Inc | FOUNDEVER OPERATING CORPORATION | 1201 DEMONBREUN ST, STE 1240, NASHVILLE, TN,United States | 3/12/2024 | VEN-94295 | | Unpaid Accounts Payable | | $25,509.74 |
| 28 | PM&M Electric Inc | FP Mailing Solutions | PO Box 157, Bedford Park, IL,United States | 1/5/2024 | VEN-863 | | Unpaid Accounts Payable | | $419.39 |
| 29 | PM&M Electric Inc | Fusion Power | 1465 N Fiesta Blvd, Gilbert, AZ,United States | 4/21/2021 | 00002-PM | | Unpaid Accounts Payable | | $42,170.96 |
| 30 | PM&M Electric Inc | Go Sun Lite | | 9/14/2020 | 00134-PM | | Unpaid Accounts Payable | | $839.38 |
| 31 | PM&M Electric Inc | HUSCH BLACKWELL LLP | PO BOX 790379, ST LOUIS, MO,United States | 4/9/2024 | VEN-10072 | | Unpaid Accounts Payable | | $16,168.00 |
| 32 | PM&M Electric Inc | INDEPENDENT TRUCK UPFITTERS | 135 N MAIN ST, OAKLAND, IA,United States | 3/6/2024 | VEN-93928 | | Unpaid Accounts Payable | | $11,012.50 |
| 33 | PM&M Electric Inc | IntelliShift Division of Vehicle Tracking Solutions, LLC | 152 Veterans Memorial Hwy, Commack, NY,United States | 11/29/2023 | VEN-50288 | | Unpaid Accounts Payable | | $86,073.13 |
| 34 | PM&M Electric Inc | Inty Power LLC | 549 S 48th St, #102, Tempe, AZ,United States | 2/18/2020 | 02950-PM | | Unpaid Accounts Payable | | $594.75 |
| 35 | PM&M Electric Inc | JANS METAL WORKS INC | 1125 S CENTER ST, MESA, AZ,United States | 3/20/2024 | VEN-10085 | | Unpaid Accounts Payable | | $828.00 |
| 36 | PM&M Electric Inc | Kimberlin Company, PLLC | 106 S KYRENE RD, STE 2, CHANDLER, AZ,United States | 5/28/2024 | VEN-02090 | | Unpaid Accounts Payable | | $4,500.00 |
| 37 | PM&M Electric Inc | Kirill Krivonos | Magistralnaya Street, 56, Rostov-on-Don Rostorskaya oblast, United States | 6/14/2024 | VEN-78921 | | Unpaid Accounts Payable | | $4,125.00 |
| 38 | PM&M Electric Inc | KnockKnock Marketing dba. Current Energy | 7871 South Stuart Avenue, Gilbert, AZ,United States | 11/3/2023 | 01900-PM | | Unpaid Accounts Payable | | $1,300.00 |
| 39 | PM&M Electric Inc | Lewis Brisbois Bisgaard & Smith, LLP | 633 West 5th Street, Suite 4000, Los Angeles, CA,United States | 3/31/2023 | VEN-569 | | Unpaid Accounts Payable | | $41,123.84 |
| 40 | PM&M Electric Inc | LGCY POWER | 3333 Digital Drive, #600, Lehi, UT,United States | 7/7/2021 | 03270-PM | | Unpaid Accounts Payable | | $25,832.66 |
| 41 | PM&M Electric Inc | LIBERTY MUTUAL | PO BOX 91013, CHICAGO, IL,United States | 5/2/2024 | VEN-330 | | Unpaid Accounts Payable | | $100,171.00 |
| 42 | PM&M Electric Inc | MAKE-A-WISH AMERICA | 1702 EAST HIGHLAND AVE, SUITE 400, Phoenix, AZ,United States | 10/3/2023 | VEN-93151 | | Unpaid Accounts Payable | | $250,000.00 |
| 43 | PM&M Electric Inc | MBI INDUSTRIAL MEDICINE | ATTN BILLING DEPT, 77 E THOMAS RD STE 230, PHOENIX, AZ,United States | 2/7/2024 | VEN-343 | | Unpaid Accounts Payable | | $104.00 |
| 44 | PM&M Electric Inc | MIADNO RENTALS LLC | 106 MESA AVE, PIEDMONT, CA,United States | 5/14/2024 | VEN-10039 | | Unpaid Accounts Payable | | $25,000.00 |
| 45 | PM&M Electric Inc | MIKHAIL SHOKOLOV | KOROLEVA ST 21/32, APT 42, ROSTOV-ON-DON, Russian Federation | 6/14/2024 | VEN-93455 | | Unpaid Accounts Payable | | $2,958.34 |
| 46 | PM&M Electric Inc | MMA Securities LLC | PO Box 9496, New York, NY,United States | 4/15/2024 | VEN-50532 | | Unpaid Accounts Payable | | $7,389.65 |
| 47 | PM&M Electric Inc | Mr John Air Conditioning, Heating | 4575 S Palo Verde RD, # 353, Tucson, AZ,United States | 4/3/2020 | 03840-AZ | | Unpaid Accounts Payable | | $1,283.71 |
| 48 | PM&M Electric Inc | NATIONAL TRANSPORT SERVICES | 8610 N NEW BRAUNFELS AVE, S-607, SAN ANTONIO, TX,United States | 4/11/2024 | VEN-93426 | | Unpaid Accounts Payable | | $37,800.00 |
| 49 | PM&M Electric Inc | Next Energy LLC | 2300 W Sahara Ave Ste.813, Las Vegas, NV,United States | 6/17/2021 | 11003-PM | | Unpaid Accounts Payable | | $4,007.80 |
| 50 | PM&M Electric Inc | NICHITA SCLIAROV | FREIBURGER STR 27HINTERZARTEN,Germany | 6/14/2024 | VEN-10072 | | Unpaid Accounts Payable | | $6,458.34 |
| 51 | PM&M Electric Inc | Nikolay Grigoriev | United States | 6/14/2024 | VEN-78137 | | Unpaid Accounts Payable | | $4,900.00 |
| 52 | PM&M Electric Inc | ORACLE AMERICA, INC. | BANK OF AMERICA LOCKBOX SERVICES, 15612 COLLECTIONS CENTER DR., CHICAGO, IL | 4/10/2024 | VEN-382 | | Unpaid Accounts Payable | | $205,037.27 |
| 53 | PM&M Electric Inc | ParkWhitt Management LLC | 2331 S 173rd Dr, Goodyear, AZ,United States | 9/17/2021 | 01540-PM | | Unpaid Accounts Payable | | $3,420.79 |
| 54 | PM&M Electric Inc | PHOENIX SUNS | 201 E JEFFERSON ST, 4TH FLR, PHOENIX, AZ,United States | 5/1/2024 | VEN-93847 | | Unpaid Accounts Payable | | $332,400.00 |
| 55 | PM&M Electric Inc | PLOTTER DOCTORS LLC | 7615 N 75TH AVE, STE 107, GLENDALE, AZ,United States | 3/5/2024 | VEN-10041 | | Unpaid Accounts Payable | | $601.44 |
| 56 | PM&M Electric Inc | PORT53 | ONE EMBARCADERO CTR, STE 4150, SAN FRANCISCO, CA,United States | 4/28/2024 | VEN-93184 | | Unpaid Accounts Payable | | $16,626.00 |
| 57 | PM&M Electric Inc | Pro Source Direct LLC | 4040 E Lexington Ave, Gilbert, AZ,United States | 6/30/2020 | 04270-PM | | Unpaid Accounts Payable | | $350.00 |
| 58 | PM&M Electric Inc | PROCOPY OFFICE SOLUTIONS INC | 1801 W. OLYMPIC BLVD., FILE 2317, PASADENA, CA,United States | 4/17/2024 | VEN-407 | | Unpaid Accounts Payable | | $3,178.86 |
| 59 | PM&M Electric Inc | Provision Coffee LLC | 202 S Farmer Ave Ste 4, Tempe, AZ,United States | 2/6/2024 | VEN-50244 | | Unpaid Accounts Payable | | $308.60 |
| 60 | PM&M Electric Inc | PV PROJECT SERVICES LLC | 2965 S HWY 89, WELLSVILLE, UT,United States | 6/14/2024 | VEN-10022 | | Unpaid Accounts Payable | | $16,252.96 |
| 61 | PM&M Electric Inc | Red Wing Shoes | P.O. BOX 844329, DALLAS, TX,United States | 3/31/2022 | VEN-419 | | Unpaid Accounts Payable | | $2,378.54 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 PM&M Electric Inc | ROBERT HALF | PO BOX 743295, LOS ANGELES, CA,United States | 5/23/2024 | VEN-10075 | Unpaid Accounts Payable | $8,960.00 |
| 63 PM&M Electric Inc | Roman Chikalenko | PEREULOK 2-Y ANISOVYY 7A, ROSTOV ON DON, ROSTORSKAYA OBLAST, Russian Federal | 6/14/2024 | VEN-93384 | Unpaid Accounts Payable | $4,000.00 |
| 64 PM&M Electric Inc | Rova Roofing, LLC | 3134 E McKellips Rd. Unit 9, Mesa, AZ,United States | 5/20/2024 | VEN-01896 | Unpaid Accounts Payable | $7,833.25 |
| 65 PM&M Electric Inc | Salesforce.com Inc | P.O. Box 203141, Dallas, TX,United States | 4/1/2024 | VEN-50476 | Unpaid Accounts Payable | $154,100.75 |
| 66 PM&M Electric Inc | Senergy Solar | 1490 S. Price rd #103, Chandler, AZ,United States | 3/29/2024 | 00200-PMM | Unpaid Accounts Payable | $650.00 |
| 67 PM&M Electric Inc | Simpliverified | 1192 East Draper Pkwy. #232, Draper, UT,United States | 2/1/2024 | VEN-1035 | Unpaid Accounts Payable | $11,638.08 |
| 68 PM&M Electric Inc | Sky Solar | 10115 E Bell Rd Ste 107-120, Scottsdale, AZ,United States | 7/7/2023 | 48003-PMM | Unpaid Accounts Payable | $650.00 |
| 69 PM&M Electric Inc | SNELL AND WILMER LLP | 1 E WASHINGTON ST, STE 2700, PHOENIX, AZ,United States | 4/15/2024 | VEN-10046 | Unpaid Accounts Payable | $167,166.13 |
| 70 PM&M Electric Inc | SNOWFLAKE INC | PO BOX 734951, DALLAS, TX,United States | 4/18/2024 | VEN-10055 | Unpaid Accounts Payable | $29,551.22 |
| 71 PM&M Electric Inc | Southern California Edison | ATTN Accounts Receivable, 8361 Rush St G-53, Rosemead, CA,United States | 4/5/2022 | VEN-858 | Unpaid Accounts Payable | $1,195.48 |
| 72 PM&M Electric Inc | Southwest Electric | 9299 W Olive Ave, Suite 802, Peoria, AZ,United States | 10/23/2020 | 03730-AZ | Unpaid Accounts Payable | $24,111.46 |
| 73 PM&M Electric Inc | Speed of Light Ops, LLC dba SOLO | 3049 W Executive Pkwy Ste 200, Lehi, UT,United States | 3/4/2024 | VEN-01428 | Unpaid Accounts Payable | $172,378.88 |
| 74 PM&M Electric Inc | Sunly Solar | 188 E JEFFERSON ST UNIT 615, PHOENIX, AZ,United States | 7/7/2023 | 92818-PMN | Unpaid Accounts Payable | $650.00 |
| 75 PM&M Electric Inc | TEAMVIEWER GERMANY GMBH | BAHNHOFSPLATZ 2, GOPPINGEN, Germany | 1/1/2024 | VEN-10033 | Unpaid Accounts Payable | $1,467.25 |
| 76 PM&M Electric Inc | TEKSYSTEMS INC | PO BOX 198568, ATLANTA, GA,United States | 4/15/2024 | VEN-10083 | Unpaid Accounts Payable | $36,974.00 |
| 77 PM&M Electric Inc | TELESHIELD LLC | ATTN: NADER GAD, 2465 E TOMAHAWK DR, GILBERT, AZ,United States | 4/3/2024 | VEN-10074 | Unpaid Accounts Payable | $3,557.37 |
| 78 PM&M Electric Inc | TJC & ASSOCIATES BDA Not Coal | 5117 E Verde Ln, Phoenix, AZ,United States | 8/13/2021 | 11868-AZ | Unpaid Accounts Payable | $1,524.78 |
| 79 PM&M Electric Inc | UNITED HEALTHCARE | PO BOX 94017, PALATINE, IL,United States | 5/2/2024 | VEN-499 | Unpaid Accounts Payable | $241,674.38 |
| 80 PM&M Electric Inc | UPS | ACCOUNT 98ER74, PO BOX 650116, Dallas, TX,United States | 11/1/2023 | VEN-501 | Unpaid Accounts Payable | $748.79 |
| 81 PM&M Electric Inc | VIACHESLAV TIAN | Mikheil Tsinamsavrishvili Street, N 52, Chugureti District, TBILISI, Kolau Nadiradze,Georgia | 6/14/2024 | VEN-94100 | Unpaid Accounts Payable | $3,541.00 |
| 82 PM&M Electric Inc | Kyle Beddome | 219 S WILLIAM DILLARD DR #141, GILBERT, AZ, 85233, USA | 4/19/2024 | | loan to PM&M | $5,000,000.00 |
| 83 PM&M Electric Inc | Kyle Beddome | 219 S WILLIAM DILLARD DR #141, GILBERT, AZ, 85233, USA | 5/30/2024 | | loan to PM&M | $1,000,000.00 |
| 84 PM&M Electric Inc | Minck LLC | 2614 E Warbler Rd, GILBERT, AZ 85297, USA | 6/19/2024 | | loan to PM&M | $439,937.25 |
| 85 PM&M Electric Inc | Minck LLC | 2614 E Warbler Rd, GILBERT, AZ 85297, USA | 4/9/2024 | | vehicle lease payments | $1,589,470.82 |
| 86 PM&M Electric Inc | Baker & McKenzie | PO BOX 23753, CHICAGO, IL, 60673-3753, United States | 09/21/2023 | VEN-94039 | Unpaid Accounts Payable | $14,408.00 |
| 87 PM&M Electric Inc | Colony Specialty | PO BOX 6068 - 01, HERMITAGE, PA, 16148-1068, United States | 04/19/2024 | VEN-78645 | Unpaid Accounts Payable | $84,764.78 |
| 88 PM&M Electric Inc | Husch Blackwell | PO BOX 790379, ST LOUIS, MO, 63179-0379, United States | 02/13/2024 | VEN-100724 | Unpaid Accounts Payable | $208,145.82 |
| 89 PM&M Electric Inc | Law Office of Williams and Starbuck | 612 S TENTH ST, LAS VEGAS, NV, 89101, United States | 04/04/2024 | VEN-100802 | Unpaid Accounts Payable | $30,966.34 |
| 90 PM&M Electric Inc | Lewis BrisBois | 633 WEST 5th STREET, SUITE 4000, LOS ANGELES, CA, 90071, United States | 08/18/2021 | VEN-569 | Unpaid Accounts Payable | $165,308.48 |
| 91 PM&M Electric Inc | O'Hagan Meyer | 1 EAST WACKER DR, STE 3400, CHICAGO, IL, 60601, United States | 02/26/2024 | VEN-100646 | Unpaid Accounts Payable | $1,595.00 |
| 92 PM&M Electric Inc | Snell & Wilmer | 1 E WASHINGTON ST, STE 2700, PHOENIX, AZ, 85004-2556, United States | 04/15/2024 | VEN-100469 | Unpaid Accounts Payable | $426,419.43 |
| 93 PM&M Electric Inc | Swift & Currie | 1420 PEACHTREE ST NE, STE 800, ATLANTA, GA, 30309, United States | 03/12/2024 | VEN-100737 | Unpaid Accounts Payable | $48,003.83 |
| | Due To From PM&M/TSP UT | | | | | $6,017.18 |
| | Due To From PM&M/TSP NJ | | | | | $74,621.38 |
| | Due To From PM&M/TSP TN | | | | | $273,382.35 |
| | Due To From PM&M/TSP LA | | | | | $174,708.52 |
| | Due To From PM&M/TSP MN | | | | | $1,100.00 |
| | Due To From PM&M/TSP OK | | | | | $1,000.00 |
| | Due To From PM&M/TSP WA | | | | | $1,815.00 |
| | LOC Receivable PM&M to TSP NV | | | | | $1,547,345.15 |
| | LOC Receivable PM&M to TSP NM | | | | | $32,745.58 |
| | LOC Receivable PM&M to WSB | | | | | $787,561.29 |
| | LOC Receivable PM&M to TSP LA | | | | | $30,000.00 |
| | LOC Receivable PM&M to TSP MS | | | | | $17,000.00 |
| | LOC Receivable PM&M to TSP TN | | | | | $29,000.00 |
| | LOC Receivable PM&M to TSP NJ | | | | | $33,000.00 |
| | LOC Receivable PM&M to TSP AZ | | | | | $125,000.00 |
| | LOC Receivable PM&M to TSP WI | | | | | $11,722.86 |
| | LOC Receivable PM&M to TSP OH | | | | | $14,000.00 |
| | | | | | | $14,728,547.73 |

**Fill in this information to identify the case and this filing:**

Debtor Name __PM & M ELECTRIC, INC.__

United States Bankruptcy Court for the: _____ District of __AZ__
(State)

Case number (*If known*): __2:24-bk-04978-MCW__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule* __E/F__

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/19/2024__          ✗ */s/ Kyle Beddome*
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                       __Kyle Beddome__
                                       Printed name

                                       __CFO__
                                       Position or relationship to debtor